NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CREE, INC., a North Carolina Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GEARXS, INC., an Illinois Corporation Doing Business in California; REFAEL YITZHAKI, an Individual d/b/a GEARXS, INC.; WEST COAST IMPORTS, INC., a California Corporation; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 2:16-cv-04515-JFW-PLAx<br><br>**PERMANENT INJUNCTION AND DISMISSAL, WITH PREJUDICE, AGAINST DEFENDANTS GEARXS, INC. AND REFAEL YITZHAKI**<br><br>**Honorable John F. Walter** |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction and Dismissal, between Plaintiff Cree, Inc. ("Plaintiff"), on the one hand, and Defendants GearXS, Inc. and Refael Yitzhaki (collectively "Defendants"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendants as follows:

**1.** **PERMANENT INJUNCTION.** Defendants and any person or entity acting in concert with, or at their direction, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which he may exercise control, is hereby restrained and enjoined,

- 1 -
**PERMANENT INJUNCTION AND DISMISSAL**

pursuant to 15 United States Code ("U.S.C.") § 1116(a), from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities:

(i) copying, manufacturing, importing, exporting, purchasing, marketing, advertising, offering for sale, selling, receiving, storing, fulfilling, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's intellectual properties, including but not limited to, the **CREE**® word and design trademarks (Reg. Nos. 2,440,530; 2,452,761; 3,935,628; 3,935,629; 3,938,970; 4,026,756; 3,935,630; 3,935,631; 3,938,971; 2,922,689; 3,998,141; 3,998,142; 4,233,855; 4,234,124; 4,641,937; 4,597,310; 4,597,311; 4,767,107; 4,771,402; 4,787,288), **CREE LEDS**® word and design trademarks (Reg. Nos. 3,360,315; 4,558,924), **CREE LED LIGHT**® word and design trademarks (Reg. No. 3,327,299), **CREE LED LIGHTING**® word and design trademarks (Reg. Nos. 3,891,756; 3,891,765), **CREE LED LIGHTING SOLUTIONS**® word and design trademarks (Reg. No. 3,526,887), **CREE TRUEWHITE**® word and design trademarks (Reg. Nos. 4,029,469; 4,091,530), and **CREE TRUEWHITE TECHNOLOGY**® word and design trademarks (Reg. Nos. 4,286,398; 4,099,381) affixed to Plaintiff's First Amended Complaint for Damages and Declaratory Relief as **Exhibits "A"** - **"EE"** (ECF Dkt. 30, ¶21, Pages 6-11) (collectively, "Plaintiff's Intellectual Properties");

(ii) using, advertising or displaying Plaintiff's Intellectual Properties to suggest that non-genuine led light products, including flashlights being advertised are manufactured, sponsored or endorsed by Plaintiff; and/or

(iii) owning or controlling any Internet domain name or website that uses any of Plaintiff's Intellectual Properties.

**2.** This Permanent Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

**3.** The Court finds there is no just reason for delay in entering this

Permanent Injunction against Defendants, and the Court directs immediate entry of this Permanent Injunction against Defendants.

**4. NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction against Defendants, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction by Defendants.

**5. NO FEES AND COSTS.** Plaintiff and Defendants shall bear their own attorneys' fees and costs incurred in this matter.

**6. DISMISSAL**. Upon entry of this Permanent Injunction against Defendants, *only* Defendants GearXS, Inc. and Refael Yitzhaki shall be dismissed from the action, with prejudice.

IT IS SO ORDERED, ADJUDICATED and DECREED this 21st day of February, 2017.

_____
HON. JOHN F. WALTER
United States District Judge
Central District of California

- 3 -
**PERMANENT INJUNCTION AND DISMISSAL**